No. 614, Misc. JORDAN *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 615, Misc. JORDAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 616, Misc. ORTEGA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 623, Misc. JOHNSON *v.* NORFOLK & WESTERN RAILWAY Co. Sup. Ct. App. Va. Certiorari denied. *Henry E. Howell, Jr.,* for petitioner. *Thomas R. Mc-Namara* for respondent.

No. 626, Misc. CASSESE *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 631, Misc. McNEAL *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 632, Misc. KING *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 636, Misc. RUCKER *v.* PARKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 639, Misc. FINLEY *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 643, Misc. TAYLOR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 645, Misc. WEED *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.